UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM HODGSON, | ) Case No. CV 04-8917-VAP(AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JOSEPH L. MCGRATH, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: Dec. 30, 2007

Virginia A. Phillips
United States District Judge